# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BRUCE WAYNE DEVRIES**                                                                 **PLAINTIFF**

**v.**                    **CASE NO. 4:18-CV-00059 BSM**

**RODNEY WRIGHT, et al.**                                                      **DEFENDANTS**

## ORDER

The proposed findings and recommendation [Doc. No. 8] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, DeVries's claims are dismissed without prejudice for failure to state a claim, and this dismissal constitutes a strike. It is certified that an *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 12th day of April 2018.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE